CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAZMIN MITCHELL,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 3:21-cv-00177-WGC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; DECLARATION OF JEBBY RASPUTNIS**<br><br>(*FIRST REQUEST*) |

Defendant, Andrew Saul, Commissioner of Social Security (the Commissioner), by and through his undersigned attorneys, hereby moves for a 60-day extension of time to file Defendant's Electronic Certified Administrative Record (eCAR) and answer or otherwise respond to Plaintiff's Complaint. Defendant's eCAR and Answer to Plaintiff's Complaint are due to be filed by July 6, 2021.[1] This is Defendant's first motion for extension of time to file the eCAR. In support of this request, Defendant states the following:

1. The COVID-19 pandemic significantly impacted Defendant's operations, and particularly the Office of Appellate Operations (OAO).[2] Beginning in mid-March 2020, OAO's staff members began to telework to protect employee health and prevent the spread of COVID-19. *See* Declaration of Jebby Rasputnis dated June 14, 2021, ¶ 2. As a result, critical in-person physical tasks associated with preparing CARs could not be accomplished. *Id*. To ensure continuity of operations, OAO redesigned its business practices to allow for a mostly virtual preparation process. *Id*. ¶ 2. The transition required, among other things, OAO to modify and test technology, retrain staff, and modify blanket purchasing agreements with the transcription typing services relied upon to prepare transcripts of agency hearings. *Id*. OAO has continued to innovate in order to improve productivity.

2. As a result of these innovations, OAO is now able to produce, on average, more than 700 transcripts each work week, compared to 300-400 transcripts per week prior to the COVID-19 pandemic. *Id*. ¶ 3. The overall processing time for a CAR has also improved to, on average, 138 days. *Id*. ¶ 6.

3. There remains, however, a substantial backlog of cases to be processed that continues to cause unavoidable delays in eCAR preparation. In addition to the impact the COVID-19 pandemic has had

---

[1] The instant complaint contains constitutional allegations not contained in ordinary Social Security appeals.

[2] OAO is based in Falls Church, Virginia, and is the office responsible for physically producing the certified administrative records for cases nationwide that are filed under Sections 205(g) and (h) of the Social Security Act, 42 U.S.C. § 405(g) and (h).

on physical operations, a major contributing factor is the substantial increase in district court filings (which is a direct result of reducing backlogs at the final stage of the administrative review process). *Id.* ¶¶ 4-5. New case receipts during the last quarter of FY 2020 and the first quarter of FY 2021 increased (on average) to 2,257 case receipts per month, as compared to 1,458 per month for the same period one year before. *Id.* ¶ 4 at n.2. Although the backlog still remains high, OAO's efforts at increasing eCAR production has started to have an impact; the backlog has dropped by 4,182 cases over the last four months between the end of January 2021 and June 8, 2021, to 6,927 pending cases. *Id.* ¶ 4.

4. The COVID-19 pandemic has significantly impacted Defendant's operations, but significant steps have and continue to be taken to revamp work processes to enable production of eCARs as quickly as possible. Accordingly, the Commissioner respectfully requests that the Court grant this Motion and permit an additional sixty days, until September 7, 2021, for the Commissioner to file his responsive pleading and the eCAR in this action.

5. Defendant's counsel has consulted with Plaintiff's counsel regarding this request. Plaintiff's counsel does not oppose Defendant's request for a sixty-day extension of time.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting Defendant a sixty-day extension of time until September 7, 2021, in which to file his eCAR and Answer or otherwise respond to Plaintiff's Complaint in this action.

//
//
//
//
//

Dated: June 30, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2021