Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, Nevada 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAZMIN MITCHELL, | ) |
|  | ) |
| Plaintiff, | ) CASE NO. 3:21-cv-00177-WGC |
|  | ) |
| v. | ) **ORDER GRANTING** |
|  | ) **CONSENT MOTION** |
|  | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|  | ) |
| Defendant. | ) |

    Plaintiff, Jazmin Mitchell, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed October 7, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from October 7, 2021 up to and including December

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

7, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated this 30th day of September, 2021.

                                            Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, Nevada 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**ORDER**

**IT IS SO ORDERED.**

DATED: October 1, 2021.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE