CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAZMIN MITCHELL,<br><br>      Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 3:21-cv-00177-WGC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and new decision.

//

//

1    The parties further request that the Clerk of the Court be directed to enter a final judgment in

2    favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3

4    Dated: January 5, 2022                    Respectfully submitted,

5                                              OF COUNSEL, OLINSKY LAW GROUP

6                                              */s/ Hal Taylor*
                                              HAL TAYLOR
7                                              (*as authorized via email on January 4, 2022)
                                              Attorney for Plaintiff
8

9    Dated: January 5, 2022                    Respectfully submitted,

10                                             CHRISTOPHER CHIOU
11                                             Acting United States Attorney

12                                             */s/ Allison J. Cheung*
                                              ALLISON J. CHEUNG
13                                             Special Assistant United States Attorney
                                              Attorneys for Defendant
14

15

16

17
                                              IT IS SO ORDERED:
18
19                                             HON. WILLIAM G. COBB
                                              UNITED STATES MAGISTRATE JUDGE
20

21                                             DATED:  January 5, 2022
22

23

24

25

26                                     2